IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:04cr227-T |
| CORNELIUS DEWANN DEAN | ) | (WO) |

### ORDER

There being no objections, it is ORDERED as follows:

(1) The government's motion to reimburse (Doc. No. 33) is granted.

(2) The United States Marshal Service for the Middle District of Alabama is DIRECTED to deposit, with the clerk of the court, currency in the amount of $3,512.00, plus whatever interest may have been earned, that was on defendant Cornelius Dewann Dean when he was arrested.

(3) The clerk of the court is DIRECTED to use these funds to pay the $ 100.00 assessment fee imposed against defendant Dean at the time of sentencing

and to use the remainder of said funds to reimburse the United States of America for the cost of appointed counsel.

DONE, this the 16th day of August, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**